UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HIRSCH<br><br>             Plaintiff,<br><br>    - against –<br><br>VETR, INC.<br><br>             Defendants. | 1:18-cv-11203 (RA)<br><br>ECF Case |

## NOTICE OF APPEARANCE

NOTICE is hereby given that James H. Freeman is entering his appearance as counsel for Plaintiff Steven Hirsch, for the purpose of receiving notice from the Court.

Respectfully submitted this 30th day of April, 2019.

/jameshfreeman/
James H. Freeman (JF-8605)
jf@liebowitzlawfirm.com

LIEBOWITZ LAW FIRM
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660