UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN HIRSCH,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>VETR INC.,<br><br>　　　　　　Defendant. | Docket No. 1:18-CV-11203<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>ECF Case |

**IT IS HEREBY STIPULATED AND AGREED,** by and among plaintiff Steven Hirsch and defendant Vetr Inc., by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear his or its own costs and attorneys' fees.

New York, New York
Dated: July 10, 2019

_____
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
(516) 233-1660

*Attorneys for Plaintiff Steven Hirsch*

_____
M. William Munno
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
(212) 574-1587

*Attorneys for Defendant Vetr Inc.*

SO ORDERED,

_____   Date: _____
Ronnie Abrams, U.S.D.J.